**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-6032**

———————————

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

CRAIG A. MURPHY,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:96-cr-00066-REP-17)

———————————

Submitted: May 19, 2014                Decided: May 22, 2014

———————————

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Craig A. Murphy, Appellant Pro Se. Heather L. Hart, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Murphy appeals the district court's order denying his motion for resentencing for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Murphy, No. 3:96-cr-00066-REP-17 (E.D. Va. Dec. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED